IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    PLAINTIFF,

VS.                                         CR. NO. 04-20482-Ml

TRACY CAMPBELL,                MOTION GRANTED

    DEFENDANT.

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
June 1, 2005
DATE

## MOTION TO WITHDRAW AS COUNSEL

Comes now Linda Parson Khumalo, appointed counsel for Tracy Campbell, and makes a motion for permission to withdraw from further representation of the above-referenced defendant. In support, counsel would state unto the Court as follows:

(1) Counsel was appointed to represent the defendant on December 16, 2004.

(2) Since that time, counsel has had numerous consultations with the defendant, who is housed at CCA Mason, either by way of telephone or in person. Counsel, further, has investigated the case and begun to prepare the case for trial having recently engaged the services of a private investigator.

(3) Counsel has, however, recently received personal information that counsel fears may interfere with her continued representation of the defendant.

(4) Counsel fears that she is not currently in a position to give the defendant or the case the time and attention required for optimum representation.

(5) Counsel has consulted with the defendant and he has no objection to the motion.

(6) Consequently, counsel feels that, in the interest of justice, good cause exists and that the motion should be granted.

Wherefore, premises considered, counsel for the defendant prays for the relief sought herein.

Respectfully submitted,

Linda Parson Khumalo #12748
Counsel for Defendant
P.O. Box 40184
Memphis, TN 38174
Telephone (901) 832-4059
Fax (901) 725-9623

**CERTIFICATE OF SERVICE**

I, Linda Parson Khumalo, hereby certify that a true and exact copy of the foregoing Motion to Withdraw as Counsel has been sent via first-class mail, postage prepaid, to Stephen Hall, Assistant U.S. Attorney at 167 N. Main Street, Memphis, TN 38103.

This 18th day of April, 2005.

LINDA PARSON KHUMALO

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CR-20482 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Linda Parson Khumalo
LAW OFFICE OF LINDA KHUMALO
P.O. Box 40184
Memphis, TN 38174

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT