M1

FILED BY ____ D.C.
05 JUL 19 PM 4: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FILED BY ___ CAD ___ D.C.
2005 JUL 18 PM 2: 03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

UNITED STATES OF AMERICA
   Plaintiff

VS

CR. NO. 04-20482 M1

**MOTION GRANTED**

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
July 19, 2005
DATE

TRACY CAMPBELL
   Defendant.

## MOTION TO CONTINUE REPORT DATE

    **COMES NOW**, the Defendant Tracy Campbell in the above cause by and through the undersigned Samuel L. Perkins and would move this Honorable Court for an order of continuing the report date of Friday, July 22, 2005, at 9:00a.m. and for cause would show unto this Honorable Court as follows:

1. The Defendant's counsel will be out of town from Wednesday July 20, 2005 to Sunday July 24, 2005 and would therefore request this Honorable Court to continue the report date.

2. AUSA STEPHEN HALL does not object to a continuance in this matter.

3. Defendant does not object to the time being excluded to Speedy Trial Act.

    **WHEREFORE PREMISES CONSIDERED,** the Defendant Tracy Campbell would respectfully move this Honorable Court for an order continuing the Report date.

Respectfully submitted,

_(signature)_
SAMUEL L. PERKINS #11857
147 Jefferson Ste. 804
Memphis, TN 38103
(901) 523-8832

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-20-05

30

## CERTIFICATE OF CONSULTATION

**COMES NOW, SAMULEL L. PERKINS**, counsel for the defendant, and advises the Court that he conferred with opposing counsel **Stephen Hall**, Assistant United States Attorney, regarding Defendant' Motion to Continue. **AUSA Stephen Hall** does not oppose this motion.

SAMUEL L. PERKINS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was hand delivered OR delivered via U.S. Mail, postage prepaid, to Stephen Hall, Assistant United States Attorney 167 North Main, Memphis, TN 38103, this 15th day of July, 2005.

SAMUEL L. PERKINS

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:04-CR-20482 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT