IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 23 PM 4:09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>_Tracy Campbell_ )<br>)<br>_____ )<br>)<br>_____ )<br>)<br>_____ )<br>)<br>Defendant(s). ) | Criminal No. 04-20482ML<br><br>**(30-Day Continuance)** |

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the October, 2005, criminal rotation calendar, but is now RESET for report at <u>9:00 a.m. on Friday, October 28, 2005</u>, with trial to take place on the November, 2005 rotation calendar with the time excluded under the Speedy Trial Act through November 18, 2005. Agreed in open court at report date this 23rd day of September, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _9-27-05_

37

SO ORDERED this 23rd day of September, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

_____
Assistant United States Attorney

_____
Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:04-CR-20482 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT