FILED BY ___ D.C.

05 OCT 13 PM 5: 25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

2005 OCT 11 PM 2: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

TRACY CAMPBELL
  Defendant.

No.  04-20482-MI

MOTION GRANTED

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

OCT 13 2005
DATE

## MOTION TO WITHDRAW AS COUNSEL

Comes now, **Samuel L. Perkins**, Counsel for Defendant, **Tracy Campbell**, in the above-referenced matter and moves this Honorable Court for an Order Allowing Counsel to Withdraw. In support of said motion, Counsel for Defendant has been requested to file a motion to withdraw. Defendant Tracy Campbell does not feel comfortable with Counsel representation and would prefer to have other Counsel.

**WHEREFORE PREMISES CONSIDERED**, Defendant's attorney respectfully moves this Court for an Order allowing him to withdraw as attorney for Defendant.

Respectfully Submitted,

_____
Samuel L. Perkins #11857
147 Jefferson, Ste. 804
Memphis, TN 38103
Ph.(901)523-8832

### CERTIFICATE OF SERVICE

The undersigned hereby certify that a copy of the foregoing Motion to Withdraw has been served on **Stephen Hall**, Assistant United States Attorney by U.S. Mail a copy of this Motion on this the ___ day of October, 2005.

_____
Samuel L. Perkins

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-14-05

41

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:04-CR-20482 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Tracy Campbell
20063076
P.O. Box 509
C-206
Mason, TN 38049

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT