# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| PLAINTIFF, | * |
| VS. | * Docket No. 04-20482 MI |
| TRACY CAMPBELL, | * MOTION GRANTED |
| DEFENDANT. | * |

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

Dec. 15, 2005
DATE

## MOTION TO WITHDRAW AS COUNSEL

Comes now, Scottie O. Wilkes, Counsel for Defendant, Tracy Campbell, in the above-referenced matter and moves this Honorable Court for an Order Allowing Counsel to Withdraw. In support of said motion Counsel for Defendant has discovered that his secretary knows the victim, Mario Becton, and counsel's office has represented other family members of the victim.

WHEREFORE PREMISES CONSIDERED, Defendant's attorney respectfully moves this Court for an Order allowing him to withdraw as attorney for Defendant.

Respectfully submitted,

KYLES & ASSOCIATES, P.C.

SCOTTIE O. WILKES (17616)
Attorney for Defendant
212 Adams Avenue
Memphis, Tennessee 38103
(901) 522-1200



This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-19-05



## CERTIFICATE OF SERVICE

I, Scottie O. Wilkes, attorney for the Defendant, do hereby certify that a copy of the foregoing Motion to Withdraw as Counsel has been hand delivered to Assistant U. S. Attorney Stephen Hall, Assistant United States Attorney 38103 this 15th day of December 2005.

Scottie O. Wilkes

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:04-CR-20482 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Scottie O. Wilkes
KYLES & ASSOCIATES, PC
200 Jefferson Avenue
Ste. 850
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT