# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Criminal No. 04-20482 M |
| TRACY CAMPBELL, | MOTION GRANTED |
| Defendant. | |

JON PHIPPS
U.S. DISTRICT
Dec. 15 2005

## MOTION FOR CONTINUANCE

Defendant, by counsel and moves this Court to continue this case. As grounds for this motion counsel for Defendant would say as follows:

1. That counsel needs additional time to prepare because the private investigator never completed her investigation due to waiting on instruction from Mr. Campbell's previous attorneys.

2. That counsel has filed a motion to withdraw due to a possible conflict.

Consequently, Defendant request an additional forty-five (45) days on this matter.

Respectfully submitted,

Scottie O. Wilkes (17616)
Attorney for Defendant
212 Adams
Memphis, Tennessee 38103
(901) 522-1200

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FrCrP on 12-19-05

(49)

## CERTIFICATE OF SERVICE

I, Scottie O. Wilkes, attorney for the Defendant, do hereby certify that a copy of the foregoing Motion For Continuance has been delivered to Assistant U. S. Attorney Stephen Hall, 167 N. Main, Ste. 800, Memphis, Tennessee 38103 that ___14th___ day of December 2005.

Scottie O. Wilkes

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:04-CR-20482 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Scottie O. Wilkes
KYLES & ASSOCIATES, PC
200 Jefferson Avenue
Ste. 850
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT